IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARBONE'S FINE GOODS AND WINES, LLC. | § § § § | |
| Plaintiffs, | § § | NO. 3:22-CV-1184-E |
| v. | § § | |
| CARBONE RESTAURANT LLC, CARBONE FINE FOOD LLC, THE MAJOR FOOD GROUP LLC and MAJOR INTELLECTUAL LLC, | § § § § § § | |
| Defendants. | § § § | |

## NOTICE OF APPEARANCE OF JEREMY FIELDING

Notice is hereby given that the undersigned attorney, Jeremy Fielding, enters his appearance as lead counsel of record in the above-styled and numbered cause on behalf of Defendants Carbone Restaurant LLC, Carbone Fine Food LLC, The Major Food Group LLC, and Major Intellectual LLC ("Defendants"). Mr. Fielding is admitted to practice in this Court and respectfully requests to be added as an attorney of record so that he may receive copies of all filings in this matter.

> Jeremy A. Fielding
> TX State Bar No. 24040895
> jeremy.fielding@kirkland.com
> KIRKLAND & ELLIS LLP
> 4550 Travis Street
> Dallas, Texas 75205
> Tel: (214) 972-1770
> Fax: (214) 972-1771

Dated: July 22, 2022                                   Respectfully submitted,

                                                       */s/ Jeremy Fielding*
                                                       Jeremy Fielding
                                                       Texas Bar No. 17233700
                                                       KIRKLAND & ELLIS LLP
                                                       4550 Travis Street
                                                       Dallas, Texas 75205
                                                       Telephone: (214) 972-1770
                                                       Facsimile: (214) 972-1771
                                                       jeremy.fielding@kirkland.com

                                                       *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the Northern District of Texas, using the CM/ECF system, which will send notification of such filing to counsel of record.

                                              */s/ Jeremy Fielding*
                                              Jeremy Fielding