**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

CARBONE'S FINE GOODS AND WINES, §
LLC. §
§
Plaintiffs, §
§                          NO.  3:22-CV-1184-E
v. §
§
CARBONE RESTAURANT LLC, §
CARBONE FINE FOOD LLC, THE §
MAJOR FOOD GROUP LLC and MAJOR §
INTELLECTUAL LLC, §
§
Defendants. §
§

## NOTICE OF APPEARANCE OF JONATHAN KELLEY

Notice is hereby given that the undersigned attorney, Jonathan Kelley, enters his appearance as additional counsel of record in the above-styled and numbered cause on behalf of Defendants Carbone Restaurant LLC, Carbone Fine Food LLC, The Major Food Group LLC, and Major Intellectual LLC ("Defendants").  Mr. Kelley is admitted to practice in this Court and respectfully requests to be added as an attorney of record so that he may receive copies of all filings in this matter.

Jonathan Kelley
TX State Bar No. 24090202
jon.kelley@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Tel: (214) 972-1770
Fax: (214) 972-1771

Dated:  July 22, 2022

Respectfully submitted,

*/s/ Jonathan Kelley*

Jeremy Fielding
Texas Bar No. 17233700
Jonathan Kelley
Texas Bar No. 24090202
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
jeremy.fielding@kirkland.com
jon.kelley@kirkland.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 22, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the Northern District of Texas, using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Jonathan Kelley*
Jonathan Kelley