# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| CARBONE'S FINE GOODS AND WINES, LLC. | § § § § | |
| Plaintiffs, | § § | NO. 3:22-CV-1184-E |
| v. | § § | |
| CARBONE RESTAURANT LLC, CARBONE FINE FOOD LLC, THE MAJOR FOOD GROUP LLC and MAJOR INTELLECTUAL LLC, | § § § § § § | |
| Defendants. | § § § | |

## NOTICE OF APPEARANCE OF RUBEN ALAN GARCIA

Notice is hereby given that the undersigned attorney, Ruben Alan Garcia, enters his appearance as additional counsel of record in the above-styled and numbered cause on behalf of Defendants Carbone Restaurant LLC, Carbone Fine Food LLC, The Major Food Group LLC, and Major Intellectual LLC ("Defendants"). Mr. Garcia is admitted to practice in this Court and respectfully requests to be added as an attorney of record so that he may receive copies of all filings in this matter.

Ruben Alan Garcia
TX State Bar No. 24101787
ruben.a.garcia@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Tel: (214) 972-1770
Fax: (214) 972-1771

Dated: July 22, 2022                                Respectfully submitted,

                                                    */s/ Ruben Alan Garcia*
                                                    Jeremy Fielding
                                                    Texas Bar No. 17233700
                                                    Jonathan David Kelley
                                                    Texas Bar No. 24090202
                                                    Ruben Alan Garcia
                                                    Texas Bar No. 24101787
                                                    KIRKLAND & ELLIS LLP
                                                    4550 Travis Street
                                                    Dallas, Texas 75205
                                                    Telephone: (214) 972-1770
                                                    Facsimile: (214) 972-1771
                                                    jeremy.fielding@kirkland.com
                                                    jon.kelley@kirkland.com
                                                    ruben.a.garcia@kirkland.com


                                                    *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the Northern District of Texas, using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Ruben Alan Garcia*
Ruben Alan Garcia