IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARBONE'S FINE FOODS AND WINES, LLC, | § § § § | |
| Plaintiff, | § § | NO. 3:22-CV-1184-E |
| v. | § § | |
| CARBONE RESTAURANT LLC, CARBONE FINE FOOD LLC, THE MAJOR FOOD GROUP LLC AND MAJOR INTELLECTUAL LLC, | § § § § § | |
| Defendants. | § § | |

### DEFENDANTS' DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies the following:

Defendant Major Food Group, LLC is a private non-governmental party, has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Defendant Carbone Fine Food LLC is a private non-governmental party, has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.  Carbone Fine Food LLC is an affiliate of Defendant Major Food Group, LLC.

Defendant Major Intellectual LLC is a private non-governmental party, has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.  Major Intellectual LLC is an affiliate of Defendant Major Food Group, LLC.

Defendants are not aware of any entity called "Carbone Restaurant LLC".

Dated:  July 28, 2022

/s/ *Jeremy Fielding*
Jeremy Fielding (TX Bar No. 17233700)
Jon David Kelley (TX Bar No. 24092809)
Ruben Alan Garcia (TX Bar No. 24101787)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
jeremy.fielding@kirkland.com
jon.kelley@kirkland.com
ruben.a.garcia@kirkland.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 28, 2022, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court for the Northern District of Texas, using the CM/ECF system, which will send notification of such filing to counsel of record.

                */s/ Jeremy Fielding*
                Jeremy Fielding