UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CARBONE'S FINE FOODS AND WINES LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CARBONE RESTAURANT LLC, CARBONE FINE FOOD LLC, THE MAJOR FOOD GROUP LLC, and MAJOR INTELLECTUAL LLC,<br><br>　　　　　Defendants. | CASE NO. 3:22-CV-01184-E |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINES AND FOR EXPEDITED DISCOVERY

Pending before the Court is Defendants' Motion to Extend Deadlines and For Expedited Discovery (the "Motion") (ECF No. 16). Upon consideration, the Court finds that the Motion is **GRANTED**.

IT IS THEREFORE ORDERED that Defendants' deadline to file their response to the First Amended Complaint (ECF No. 10) is extended to **August 30, 2022**.

IT IS FURTHER ORDERED that Defendants' deadline to respond to Plaintiff's Motion for Preliminary Injunction (ECF No. 11) is extended to **September 16, 2022**.

IT IS FURTHER ORDERED that Plaintiff must produce documents responsive to the three categories of documents set forth in Defendants' Motion (*see* ECF No. 16 at 5) by **August 12, 2022**.

IT IS FURTHER ORDERED that two of the individuals that submitted declarations in support of Plaintiff's Motion for Preliminary Injunction, Julian Barsotti (*see* ECF No. 11-1 at 5)

and Jonathan Torrance Neitzel (*see* ECF No. 11-1 at 27), must be made available for depositions during the week of **August 22-26, 2022**.

  **IT IS FURTHER ORDERED** that Defendants are permitted to serve a subpoena for deposition and documents on Mr. Stephen Summers.

  **IT IS SO ORDERED**.

_____
The Honorable Judge Ada Brown