IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARBONE'S FINE FOODS AND WINES LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:22-cv-01184-E |
| CARBONE RESTAURANT LLC, CARBONE FINE FOOD LLC, THE MAJOR FOOD GROUP LLC, and MAJOR INTELLECTUAL LLC, | § § § § § | |
| Defendants et. al. | § § § | |

**DECLARATION OF JASON A. BLACKSTONE, ESQ. IN SUPPORT OF CARBONE'S RESPONSE IN OPPOSITION TO EMERGENCY MOTION TO EXTEND DEADLINES**

Jason A. Blackstone, having been duly sworn, does hereby depose and state:

1. My name is Jason A. Blackstone. I am over the age of eighteen years old. The facts stated in this Declaration are within my personal knowledge unless otherwise noted and are true and correct to the best of my knowledge. If called to testify as to the following, I could and would testify competently as to the same.

2. I am an attorney licensed to practice law in the State of Texas. I am a Partner Attorney at Michelman & Robinson, LLP ("M&R") and represent Plaintiff CARBONE'S FINE FOODS AND WINES LLC ("Carbone's") in the above-captioned matter.

3. After Plaintiff first filed this lawsuit on June 1, 2022, counsel for Plaintiff (myself and Matthew Yarbrough) and Defendants (Johanna Schmitt and Jeremy Fielding) engaged in numerous discussions in an attempt to potentially resolve this matter.

4. Courtesy copies of Plaintiff's Amended Complaint and Motion for Preliminary Injunction were provided to Defendants' counsel no later than July 14, 2022, and Defendants' counsel officially accepted service thereof on July 18.

5. After Defendants' receipt of Plaintiff's Motion for Preliminary Injunction, counsel for the parties engaged in meet and confer efforts wherein Plaintiff was willing to stipulate to reset the deadlines for Defendants' responsive pleading and Opposition to Motion for Preliminary Injunction to 21 days after the Mediation.

6. Defendants were sent a draft stipulation that would have stayed the 21 day response clock to respond to Plaintiff's Motion for Preliminary Injunction until August 9, 2020. This stipulation was rejected by Defendants.

7. On July 22, 2022, the parties engaged in further discussions regarding the proposed schedule and expedited discovery, wherein I stated that "We have no problem making our principals available for expedited discovery, but do expect the opposition to be filed with 21 days as contemplated by the rules. If MFG believes it needs additional time to respond, then it will need to request leave from the court."

My name is Jason A. Blackstone, my date of birth is July 19, 1977, and my address is 100 Crescent Ct., Suite 700 Dallas, TX 75201. I declare under penalty of perjury that the foregoing is true and correct. Executed in Dallas, State of Texas, on the 31st day of July, 2022.

    /Jason Blackstone/
Jason A. Blackstone