IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CARBONE'S FINE FOODS AND WINES, LLC**<br><br>         Plaintiff,<br>v.<br><br>**CARBONE RESTAURANT LLC, CARBONE FINE FOOD LLC, THE MAJOR FOOD GROUP LLC, and MAJOR INTELLECTUAL LLC,**<br><br>         Defendants. | CIVIL ACTION NO. 3:22-CV-01184-E |

## DEFENDANTS' MOTION FOR SUBSTITUTION OF COUNSEL

Defendants Carbone Fine Food LLC, The Major Food Group LLC, and Major Intellectual LLC ("Defendants") hereby file this Motion, and request (1) that Jeremy Fielding, Jonathan David Kelley and Ruben Alan Garcia with the law firm of Kirkland & Ellis LLP be withdrawn as counsel of record in the above-captioned case, and (2) that John T. Cox III, Howard S. Hogan, Orin Snyder and Rachael Kathleen Jensen of Gibson, Dunn & Crutcher LLP be substituted in as attorneys of record for Defendants in the above-captioned matter.  This Motion is filed with the express authorization of Defendants and there is no opposition to this Motion.  Defendants also hereby designate John T. Cox III as lead attorney.

Please update service lists, and direct all future filings, discovery, and correspondence to the undersigned counsel.

Dated: August 1, 2022

                        Respectfully submitted,

                    By:  */s/ John T. Cox III*
                          John T. Cox III
                          Texas Bar No. 24003722
                          Rachael Kathleen Jensen
                          Texas Bar No. 24128195
                          GIBSON, DUNN & CRUTCHER LLP
                          2001 Ross Avenue, Suite 2100
                          Dallas, Texas 75201-2911
                          Telephone:  (214) 698-3100
                          TCox@gibsondunn.com
                          RJensen@gibsondunn.com

                          Howard S. Hogan  (*pro hac vice pending*)
                          GIBSON, DUNN & CRUTCHER LLP
                          1050 Connecticut Ave NW
                          Washington, DC 20036
                          Telephone:  (202) 887-3640
                          HHogan@gibsondunn.com

                          Orin Snyder  (*pro hac vice pending*)
                          GIBSON, DUNN & CRUTCHER LLP
                          200 Park Ave.
                          New York, New York 10166
                          Telephone:  (212) 351-2400
                          OSnyder@gibsondunn.com

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for all parties and there is no opposition to this Motion for Substitution of Counsel.

Dated: August 1, 2022

By: /s/ John T. Cox III
John T. Cox III

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2022, I electronically submitted a true and correct copy of the foregoing document with the clerk of the court of the U.S. District Court for the Northern District of Texas using the electronic case files system of the court.

Dated: August 1, 2022

By: /s/ John T. Cox III
John T. Cox III