IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CARBONE'S FINE FOODS AND WINES, LLC<br><br>     Plaintiff,<br>v.<br><br>CARBONE RESTAURANT LLC, CARBONE FINE FOOD LLC, THE MAJOR FOOD GROUP LLC, and MAJOR INTELLECTUAL LLC,<br><br>     Defendants. | CIVIL ACTION NO. 3:22-CV-01184-E |

### [PROPOSED] ORDER GRANTING DEFENDANTS MOTION FOR SUBSTITUTION OF COUNSEL

The Court, having considered Defendants' Motion for Substitution of Counsel, finds that said Motion should be GRANTED.  It is therefore

**ORDERED and DECREED** that:

Jeremy Fielding, Jonathan David Kelley and Ruben Alan Garcia with the law firm of Kirkland & Ellis LLP are permitted to withdraw, and John T. Cox III, Howard S. Hogan, Orin Snyder and Rachael Kathleen Jensen of Gibson, Dunn & Crutcher LLP are substituted herein as counsel of record for Defendants in the above-captioned matter.

**SO ORDERED.**

August ___, 2022

_____
Ada Brown
Judge