IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARBONE'S FINE FOODS AND WINES, LLC, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:22-CV-1184-E |
| CARBONE RESTAURANT LLC, CARBONE FINE FOOD LLC, THE MAJOR FOOD GROUP LLC, and MAJOR INTELLECTUAL LLC, | § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion for Substitution of Counsel. (Doc. 20). The motion is GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED, that Jeremy Fielding, Jonathan David Kelly, and Ruben Alan Garcia with the law firm Kirkland & Ellis LLP are permitted to withdraw. John T. Cox III, Howard S. Hogan, Orin Snyder, and Rachael Kathleen Jensen of Gibson, Dunn & Crutcher LLP are substituted herein as counsel of record for Defendants in the above-captioned matter.

SO ORDERED: August 2, 2022.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE

1