UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Carbone's Fine Foods and Wines, LLC | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 3:22-CV-01184-E |
| | § | |
| | § | |
| Carbone Restaurant LLC, et al. | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Orin Snyder, Gibson, Dunn & Crutcher LLP                         , with offices at

200 Park Avenue
(Street Address)

New York                          NY                10166
(City)                            (State)           (Zip Code)

(212) 351-2400                    (212) 351-6335
(Telephone No.)                   (Fax No.)


**II.**   Applicant will sign all filings with the name  Orin Snyder                          .


**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Carbone Fine Food LLC;
The Major Food Group LLC; and
Major Intellectual LLC.


to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.   Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: 2116424       Admission date: January 27, 1987

For Court Use Only.
Bar StatusVerified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| New York State | 01/27/87 | Active |
| USCOA 2nd, 3rd, 9th Circuits | 02/06/91; 05/29/98; 04/07/03 | Active |
| District of Columbia | 09/18/89 | Active |
| US Supreme Court | 07/17/92 | Active |
| SDNY | 10/13/87 | Active |

VI.   Applicant has never involuntarily lost, temporarily or permanently, the rig       actice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

John T. Cox III; Gibson, Dunn & Crutcher LLP, who has offices at

2001 Ross Avenue, Suite 2100
(Street Address)

Dallas   Texas   75201
(City)   (State)   (Zip Code)

(214) 698-3256   (214) 571-2923
(Telephone No.)   (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   8th   day of August  , 2022  .

Orin Snyder
Printed Name of Applicant

/s/ Orin Snyder
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Orin Samuel Snyder

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 27, 1987**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on June 3, 2022.

*Clerk of the Court*

CertID-00069467



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE   NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400   INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/