UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

1. Civil Action number: 3:22-CV-01184-E

2. Style of Case: *Carbone's Fine Foods and Wines LLC v. The Major Food Group LLC, Major Intellectual LLC, Carbone Restaurant LLC, and Carbone Café LLC*

3. Nature of suit: Trademark

4. Method of ADR used: Mediation

5. Date of ADR session: August 8, 2022

6. Outcome of ADR: Settled.   The Parties executed a Settlement Agreement and Term Sheet on the day of the mediation and are drafting formal settlement documents.

7. TOTAL fee: $14,500.00

8. Duration of ADR: one day

9. Please list persons in attendance:

   | | |
   |---|---|
   | Matthew Yarbrough | Trey Cox |
   | Julian Barsotti | Jeff Zalaznick |
   | Jason Blackstone | Rachael Jensen |
   | Jennifer Mauri | |
   | Adam Korn | |
   | Matt Dunn | |

**Please provide the names, addresses, and telephone numbers of counsel on the reverse side of this form.**

10. Provider information:

s/ Christopher Nolland                             August 9, 2022
Signature

1717 Main Street, Suite 5550                      Telephone: (214) 653-4360
Dallas, Texas 75201-4639                          Facsimile: (214) 653-4343

Name and Address of Counsel:

Matthew Elliott Yarbrough
Jason Blackstone
Matt Dunn
Michelman & Robinson, LLP
100 Crescent Court, Suite 700
Dallas, Texas 75201

Trey Cox
Rachael Kathleen Jensen
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201