IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARBONE'S FINE FOOD AND WINES, LLC, § § § Plaintiff, § § v. § § CARBONE RESTAURANT LLC, § CARBONE FINE FOOD LLC, § THE MAJOR FOOD GROUP LLC, and § MAJOR INTELLECTUAL LLC § § Defendants. § | | Civil Action No. 3:22-CV-01184-E |

## ORDER GRANTING PARTIES' JOINT STIPULATION AND MOTION TO DISMISS WITH PREJUDICE

Before the Court is the Parties' Joint Motion Stipulation and Motion for Order Voluntarily Dismissing All Parties' Claims Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). (Doc. 28). Having reviewed the Motion, the Court concludes that the Motion should be, and therefore is, **GRANTED**. It is therefore **ORDERED** that this case and all claims are **DISMISSED WITH PREJUDICE.** As such, the Court hereby **DENIES AS MOOT** the following motions before the Court

1. **Doc. 11:** Plaintiff Carbone's Fine Foods and Wines LLC's Motion for Preliminary Injunction; and

2. **Doc. 17:** Defendants' Motion to Extend Deadlines and for Expedited Discovery

**SO ORDERED:** February 1, 2023.

Ada Brown
UNITED STATES DISTRICT JUDGE