IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARBONE'S FINE FOOD AND WINES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CARBONE RESTAURANT LLC,<br>CARBONE FINE FOOD LLC,<br>THE MAJOR FOOD GROUP LLC, and<br>MAJOR INTELLECTUAL LLC<br><br>Defendants. | §§§§§§§§§§§§§§ | Civil Action No. 3:22-CV-01184-E |

# FINAL JUDGMENT

On February 1, 2023, this Court issued an Order, (Doc. 29), (1) granting Parties' Joint Motion Stipulation and Motion for Order Voluntarily Dismissing All Parties' Claims Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii); (Doc. 28); (2) denying as moot Plaintiff's Motion for Preliminary Injunction, (Doc. 11); and (3) denying as moot Defendants' Motion to Extend Deadlines and for Expedited Discovery, (Doc. 17). Because all claims have been dismissed with prejudice, it is therefore ORDERED, ADJUDGED, and DECREED that this case is hereby CLOSED. The Clerk of Court shall transmit to the parties a true copy of this Judgment.

**SO ORDERED:** February 1, 2023.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE